UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 17, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DENNIS EARL WERTZ,

Defendant.

Case No. 2:15-cr-00199-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DENNIS EARL WERTZ ,

Case No.  2:15-cr-00199-CKD   from custody for the following reasons:

__X__  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

_____  Unsecured Appearance Bond $ _____

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

_____  (Other): Released from Marshals office at 9:00 A.M.

__X__  on 12/18/2015 for transport to "House of Hope"

_____  treatment facility.

Issued at Sacramento, California on December 17, 2015 at  _10:35 am_

By: _____

Magistrate Judge Carolyn K. Delaney