AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**DENNIS EARL WERTZ** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **2:15CR00199-001**<br>Defendant's Attorney: Anthony Cristostomo (CLS), Linda Allison, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] pleaded guilty to counts  1-11  of the Second Superseding Information.
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense s:
**See next page.**

The defendant is sentenced as provided in pages 2 through  6  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ and is discharged as to such count(s).
[ ] Count (s) ___ dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.      [ ] Appeal rights waived.

1/21/2016
Date of Imposition of Judgment

/s/ Carolyn K. Delaney
Signature of Judicial Officer

**Carolyn K. Delaney**, United States Magistrate Judge
Name & Title of Judicial Officer

1/22/2016
Date

AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case

DEFENDANT:**DENNIS EARL WERTZ**  
CASE NUMBER:**2:15CR00199-001**

Page 2 of 6

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 18 U.S.C. § 3146(a)(1) | Failure to Appear | 8/20/2015 | 1 |
| 38 U.S.C. § 901<br>38 C.F.R. § 1.218(a)(7) and 1.218(b)(16) | Entering Premises Under the Influence of an Alcoholic Beverage | 11/2/2015 | 2 |
| 38 U.S.C. § 901<br>38 C.F.R. § 1.218(a)(7) and 1.218(b)(18) | Unauthorized Introduction and Possession of an Alcoholic Beverage | 11/2/2015 | 3 |
| 38 U.S.C. § 901<br>38 C.F.R. § 1.218(a)(5) and 1.218(b)(13) | Unauthorized Loitering, Sleeping, or Assembly on Property | 11/2/2015 | 4 |
| 38 U.S.C. § 901<br>38 C.F.R. § 1.218(a)(5) and 1.218(b)(11) | Disorderly Conduct | 10/26/2015 | 5 |
| 38 U.S.C. § 901<br>38 C.F.R. § 1.218(a)(7) and 1.218(b)(16) | Entering the Premises Under the Influence of an Alcoholic Beverage | 10/26/2015 | 6 |
| 38 U.S.C. § 901<br>38 C.F.R. § 1.218(a)(5) and 1.218(b)(11) | Disorderly Conduct | 9/19/2015 | 7 |
| 38 U.S.C. § 901<br>38 C.F.R. § 1.218(a)(5) and 1.218(b)(11) | Disorderly Conduct | 10/15/2014 | 8 |
| 38 U.S.C. § 901<br>38 C.F.R. § 1.218(a)(7) and 1.218(b)(16) | Entering Premises Under the Influence of an Alcoholic Beverage | 10/15/2014 | 9 |
| 38 U.S.C. § 901<br>38 C.F.R. § 1.218(a)(4) and 1.218(b)(6) | Failure to Comply with Sign of a Directive and Restrictive Nature Posted for Safety Purposes | 10/15/2014 | 10 |
| 38 U.S.C. § 901<br>38 C.F.R. § 1.218(a)(7) and 1.218(b)(18) | Unauthorized Introduction and Possession of an Alcoholic Beverage | 10/17/2014 | 11 |

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Probation

DEFENDANT:**DENNIS EARL WERTZ**
CASE NUMBER:**2:15CR00199-001**

Page 3 of 6

## COURT PROBATION

The defendant is hereby sentenced to court probation for a term of:
<u>1 year.</u>.

[ ]

[ ]

[ ]

[ ]

[ ]

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Probation

DEFENDANT: **DENNIS EARL WERTZ**
CASE NUMBER: **2:15CR00199-001**

Page 4 of 6

## SPECIAL CONDITIONS OF PROBATION

1. The defendant shall be sentenced to time-served.
2. The defendant shall pay the $25.00 mandatory special assessment for Count 1, and the $10 mandatory special assessments for Counts 2-11, for a total of $125.00, to be paid forthwith to the Clerk of the Court.
3. The defendant shall abide by all rules and regulations and obey all lawful directions by Veterans Administration (VA) employees while at the Sacramento Veterans Administration Medical Center.
4. The defendant shall not verbally or physically assault VA employees or patrons of the Sacramento Veterans Administration Medical Center.
5. The defendant shall not consume alcohol.
6. The defendant shall refrain from any unlawful use of a controlled substance.
7. The defendant shall complete any and all alcohol and/or mental health treatment programs recommended by VA staff.
8. The defendant shall maintain current registration under the California Sex Offender Registration Act, Cal. Penal Code § 290 et seq.
9. The defendant shall not commit another federal, state, or local crime.
10. The defendant shall notify the United States Attorney's Office within seventy-two hours of being cited or arrested.
11. The defendant shall notify the United States Attorney's Office at least ten days before any change in residence.

AO 245B-CAED(Rev. 09/2011) Sheet 5 - Criminal Monetary Penalties

DEFENDANT: **DENNIS EARL WERTZ**  
CASE NUMBER: **2:15CR00199-001**

Page 5 of 6

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $125.00 | | |

[ ]  The determination of restitution is deferred until ___ . An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

[ ]  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment colunm below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| **Totals** | $____ | $____ | |

[ ]  Restitution amount ordered pursuant to plea agreement $ ___

[ ]  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   [ ]  The interest requirement is waived for the    [ ] fine    [ ] restitution

   [ ]  The interest requirement for the    [ ] fine    [ ] restitution is modified as follows:

[ ]  If incarcerated, payment of the fine is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

[ ]  If incarcerated, payment of the restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: **DENNIS EARL WERTZ**
CASE NUMBER: **2:15CR00199-001**

Page 6 of 6

## SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A. [ ] Lump sum payment of $ ⎯ due immediately, balance due

    [ ] Not later than ⎯, or

    [ ] in accordance    [ ] C,    [ ] D,    [ ] E, or    [ ] F below; or

B. [✓] Payment to begin immediately (may be combined with    [ ] C,    [ ] D,    or [ ] F below); or

C. [ ] Payment in equal ⎯ (e.g. weekly, monthly, quarterly) installments of $ ⎯ over a period of ⎯ (e.g. months or years), to commence ⎯ (e.g. 30 or 60 days) after the date of this judgment; or

D. [ ] Payment in equal ⎯ (e.g. weekly, monthly, quarterly) installments of $ ⎯ over a period of ⎯ (e.g. months or years), to commence ⎯ (e.g. 30 or 60 days) after release from imprisonment to a term of supervision; or

E. [ ] Payment during the term of supervised release/probation will commence within ⎯ (e.g. 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendants ability to pay at that time; or

F. [ ] Special instructions regarding the payment of crimimal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.